IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA DEPUE, | No. 3:22-CV-01185 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

**NOVEMBER 29, 2023**

Rebecca DePue filed this action seeking review of a decision of the Acting Commissioner of Social Security ("Commissioner") denying DePue's claim for social security disability benefits.[1] In August 2023, Magistrate Judge Joseph F. Saporito, Jr. issued a Report and Recommendation recommending that this Court affirm the Commissioner's decision.[2]

After receiving an extension of time, DePue filed timely objections to the Report and Recommendation.[3] In her objections, DePue contends that Magistrate Judge Saporito erred in: (1) failing to properly address a doctor's recommendation that DePue avoid balancing; (2) failing to account for the impact that an inability to

---

[1]   Docs. 1, 18.
[2]   Doc. 25.
[3]   Doc. 31.

balance may have on DePue's ability to perform sedentary work; and (3) concluding that the administrative law judge properly accounted for DePue's activities of daily living in rejecting two medical opinions.[4]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[5] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[6] Upon *de novo* review of the record, the Court finds no error in Magistrate Judge Saporito's conclusion that, as a whole, the Commissioner's decision is supported by substantial evidence. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (Doc. 25) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**;

3. Final Judgment is entered in favor of Defendant and against DePue pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

---

[4] *Id.*
[5] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

4.  The Clerk of Court is directed to **CLOSE** this case.

>                    BY THE COURT:
>
>                    *s/ Matthew W. Brann*
>                    Matthew W. Brann
>                    Chief United States District Judge